AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LOUIS E. HANLEY, SR.




(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 04-1682-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 1/2003-6/2003; and 2/3/2004 in Worcester county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

knowingly possess in and affecting interstate commerce a firearm, to wit: a Browning shotgun, model Light 12, 12 gauge caliber, serial number 5G83967, after having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year

in violation of Title 18 United States Code, Section(s) 922(g)(1).

I further state that I am a(n) ATF Special Agent (Official Title) and that this complaint is based on the following facts:

Affidavit of ATF Special Agent Michael P. Curran

Continued on the attached sheet and made a part hereof: [ ] Yes [ ] No

Michael P. Curran
Signature of Complainant
Michael P. Curran
Special Agent, ATF

Sworn to before me and subscribed in my presence,

2-25-04 at Boston, Massachusetts
Date City and State

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

DOCKETED

(2)