UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 MAR -2 P 12: 54
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                        ) | Case. No. 04-1682-CBS |
| ) | |
| LOUIS E. HANLEY, SR.,      ) | |
| ) | |
| Defendant                  ) | |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT

The United States of America, by Michael J. Sullivan, United States Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to unseal and impound the Complaint and Affidavit in Support thereof. In support, the Government represents that Defendant is in custody.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _John M. Hodgens Jr._
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Date: 3/2/04