UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 4:04CR 40008-NMG |
| v.  ) | VIOLATIONS: |
| ) | 18 U.S.C. § 922(g)(1)- |
| LOUIS E. HANLEY, SR.,  ) | Felon in Possession of |
| ) | Firearm |
| Defendant  ) | |

INDICTMENT

COUNT ONE:   (18 U.S.C. § 922(g)(1)- Felon in Possession
of Firearm)

The Grand Jury charges that:

Between January, 2003, and June 2003, at Worcester, in the District of Massachusetts,

**LOUIS E. HANLEY, SR.,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Browning shotgun, model Light 12, 12 gauge caliber, bearing serial number 5G83967.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

COUNT TWO:   (18 U.S.C. § 922(g)(1)- Felon in Possession of Firearm)

The Grand Jury charges that:

On or about February 3, 2004, at Worcester, in the District of Massachusetts,

**LOUIS E. HANLEY, SR.,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Browning shotgun, model Light 12, 12 gauge caliber, bearing serial number 5G83967.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

**A TRUE BILL**

_____
Foreperson of the Grand Jury


_____
John M. Hodgens, Jr.  3/31/04
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS:                March 31, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

1:52 pm