UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LOUIS E. HANLEY, SR., )<br>    Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-40008-NMG** |

### ORDER AMENDING CONDITIONS OF RELEASE
### May 5, 2004

**SWARTWOOD, M.J.**

On May 5, 2004, Louis E. Hanley, Sr. ("Mr. Hanley") appeared before me for his arraignment and following his arraignment, I amended Mr. Hanley's conditions of release by imposing a curfew, seven (7) days a week, from 9:00 p.m. to 6:00 a.m.

All of the remaining conditions of Mr. Hanley's release shall remain in force and affect.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE