

# MEMORANDUM

**To:**   Charles B. Swartwood III, US Magistrate Judge

**From:** Vangie Cuascut, US Pretrial Services Officer

**Re:**   HANLEY, Louis
        CR# 04-40008-FDS

**Date:** July 14, 2004

Louis Hanley appeared before Your Honor on a summons on May 5, 2004. He is charged with Felon in Possession of a Firearm. Mr. Hanley was released on a $5,000 Unsecured Bond with restrictive conditions which included a curfew and that he refrain from any use of alcohol. Mr. Hanley resides in Bridgton, Maine and is supervised by Tamika L. Baxley, USPO, in the US Probation Office in Portland, ME.

PO Baxley has reported that Mr. Hanley has not fully complied with the curfew. On July 8, 2004, that office placed a curfew verification call to Mr. Hanley's residence. Mr. Hanley did not answer his telephone. The District of Maine does not utilize BI's Voice ID system. They are in the process of transferring all curfew and home detention cases to electronic monitoring. Ms. Baxley is requesting permission to place the defendant on electronic monitoring for the purpose of monitoring the 9pm - 6am curfew. I have discussed this matter with Peter Parker, Esq.. Mr. Parker advised that he would discuss the matter with the defendant and would recommend that he consent to electronic monitoring.

At this time, it appears that the defendant may be abusing alcohol. Per the Court order, I have asked Ms. Baxley to refer the defendant for a substance abuse evaluation and treatment as recommended.

cc:   John Hodgens, AUSA
      Peter Parker, Esq.

7-14-04

If Mr. Hanley, through counsel, assents to a modification of release deleting Voice ID (if available) and replacing it with electronic monitoring, his conditions will be so modified. If he does not consent, I will schedule a hearing.