UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Cr. No. 04-40008-FDS |
| | ) | |
| LOUIS E. HANLEY, SR., | ) | |
| | ) | |
| Defendant | ) | |

**JOINT MOTION FOR INITIAL STATUS CONFERENCE AND ORDER OF EXCLUDABLE TIME**

The United States of America, by Michael J. Sullivan, United States Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, and Defendant, by E. Peter Parker, Esq., hereby moves the Court for an Order setting an initial status conference for July 16, 2004 and excluding the time from June 16, 2004 through July 16, 2004, pursuant to 18 U.S.C. 3161(h)(8)(A)(ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial).

As grounds, the parties represent that:

1. An initial status conference in this matter was scheduled but not held on June 16, 2004;

2. Time was excluded through May 19, 2004;

3. In the interim, the Government has provided automatic discovery, and Defendant has had an opportunity to conduct a preliminary review of the discovery material; and

4. Finally, counsel have conferred and believe that a status conference is required.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      UNITED STATES ATTORNEY

                          By:  _____
                              JOHN M. HODGENS, JR.
                              Assistant U.S. Attorney

**AGREED:**

Louis E. Hanley, Sr.
Defendant

By: _____
    E. PETER PARKER, ESQ.
    Counsel for Defendant

SS., Worcester

**CERTIFICATE OF SERVICE**

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by fax/mail upon E. Peter Parker, Esq., counsel for Defendant, on this the 15th day of July, 2004.

                                      _____
                                      JOHN M. HODGENS, JR.
                                      Assistant U.S. Attorney