UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>LOUIS HANLEY )  | Criminal No. 04-40008-FDS |

**MOTION TO WITHDRAW**

Undersigned counsel hereby moves to withdraw as counsel for defendant Louis Hanley in this matter. As grounds for this motion, counsel states that a review of discovery provided by the government has revealed that continued representation of Mr. Hanley would present a conflict of interest under applicable ethical rules. Counsel cannot continue with representation of Mr. Hanley and requests that successor counsel be appointed pursuant to the Criminal Justice Act.

LOUIS HANLEY
By his attorney,

/s/ *E. Peter Parker*
E. Peter Parker
B.B.O. #552720
One Commercial Wharf North
Second Floor
Boston, MA  02110
(617) 742-9099

Certificate of Service

I, E. Peter Parker, certify that I understand that a copy of this pleading will automatically be provided electronically to AUSA John M. Hodgens, Jr. on July 20, 2004.

/s/ *E. Peter Parker*
E. Peter Parker