```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,
        Plaintiff,
v.
                              MC 04-40008-FDS

LOUIS HANLEY,
        Defendant,

<u>ORDER OF APPOINTMENT OF COUNSEL</u>

JULY 23, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Timothy Watkins of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE

                                        By the Court:

                                        <u>/s/ Sherry Jones</u>
                                        Sherry Jones
                                        Deputy Clerk