UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

_____ )
                                    )
UNITED STATES OF AMERICA,            )
                                    )
                                    )
         v.                          )    CRIMINAL ACTION
                                    )    NO. 04-40008-FDS
LOUIS HANLEY,                        )
              Defendant,             )
                                    )
_____ )


                        INITIAL STATUS REPORT
                            July 23, 2004

**SWARTWOOD, M.J.**

   The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

   1.   Successor Counsel

   An initial status conference in this case was scheduled for July 16, 2004.  At that conference, then counsel for Mr. Hanley, informed the Court that he may have a conflict of interest in continuing to represent Mr. Hanley in this case.  I requested that counsel resolve the conflict and rescheduled the initial status conference to July 23, 2004.  In the meantime, Mr. Hanley's then counsel determined that there was, in fact, a conflict and requested that he be allowed to withdraw.  I allowed that request and appointed successor counsel.  On July 23, 2004, an initial status conference was held and at that conference, Mr. Hanley's successor counsel requested an extended period in order to meet

with his client and review evidence produced by the Government in this case.  I granted that request.

2. Further Status Conference

A further status conference shall be held in this case on September 14, 2004, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 19, 2004 (date of expiration of prior order of excludable time) through September 14, 2004 (date by which successor counsel will have met with Mr. Hanley and have reviewed discovery produced by the Government in this case).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, November 23, 2004.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE