# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-40008-FDS
LOUIS HANLEY,                  )
         Defendant,            )
_____)
```

### ORDER OF EXCLUDABLE TIME
### July 23, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 19, 2004 (date of expiration of prior order of excludable time) through September 14, 2004 (date by which successor counsel will have met with Mr. Hanley and have reviewed discovery produced by the Govermment in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE