UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-40008-FDS |
| | ) | |
| LOUIS E. HANLEY, SR. | ) | |

<u>MOTION TO WITHDRAW AS COUNSEL</u>

The undersigned respectfully moves this Court for leave to withdraw as counsel for defendant in this matter. As grounds for this motion, the undersigned states that the District of Massachusetts Federal Defender Office was appointed by Magistrate Judge Swartwood to represent the defendant on July 23, 2004. The case was assigned to the undersigned on the same date. Counsel has recently discovered that the Federal Defender Office represents another individual who may be associated with this case. This representation creates a conflict of interest within the office and thus undersigned counsel cannot continue to represent the defendant in this matter.

WHEREFORE, the undersigned moves to withdraw as counsel of record for the defendant.

                                           Respectfully Submitted,

                                           /s/ Timothy Watkins
                                           Timothy Watkins
                                           B.B.O. #567992
                                           Federal Defender Office
                                           408 Atlantic Ave., 3rd Floor
                                           Boston, MA  02110
                                           Tel: 617-223-8061

September 9, 2004