UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )   CRIMINAL ACTION
                              )   NO. 04-40008-FDS
LOUIS HANLEY,                 )
        Defendant,            )
_____)
```

STATUS REPORT
September 15, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Successor Counsel

I have on two prior occasions appointed counsel to represent Mr. Hanley and in each case those counsel have discovered that they had a conflict and could not represent Mr. Hanley. Both counsel were allowed to withdraw. Within the last week, I appointed Mr. Howard Cooper to represent Mr. Hanley in this case and at a status conference held on September 14, 2004, he requested additional time to review the file and meet with his client. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on October 7, 2004, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue

Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 14, 2004 (date of expiration of prior order of excludable time) through October 7, 2004 (date by which Mr. Hanley's new counsel will have had an opportunity to review the case with his client). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, December 16, 2004</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
