# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| ) | | |
| v. ) | **CRIMINAL ACTION** | |
| ) | **NO. 04-40008-FDS** | |
| LOUIS HANLEY, ) | | |
| Defendant, ) | | |
| _____) | | |

## ORDER OF EXCLUDABLE TIME
### September 15, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 14, 2004 (date of expiration of prior order of excludable time) through October 7 2004 (date by which Mr. Hanley's new counsel will have had an opportunity to review the case with his client) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE