# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-40008-FDS
LOUIS HANLEY,                  )
         Defendant,            )
_____)
```

## STATUS REPORT
### October 8, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Hanley's recently appointed counsel has just completed his review of discovery produced by the Government. Mr. Hanley's counsel has requested additional time to file a limited discovery request letter with the Government and I have granted that request.

2. <u>Plea Negotiations</u>

Mr. Hanley's counsel has requested that he be granted additional time to discuss this case with counsel for the Government in order to determine whether or not this case can be resolved without a trial. I have granted that request.

3.  Further Status Conference

A further status conference shall be held in this case on November 16, 2004, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

4.  Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from October 7, 2004 (date of expiration of prior order of excludable time) through November 16, 2004 (date by which discovery/plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, January 25, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE