AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| V. | | | | | |
| LOUIS HANLEY | | | | | Case Number: 04-40008-FDS |

| PRESIDING JUDGE<br>SWARTWOOD | | | PLAINTIFF'S ATTORNEY<br>HODGENS | | DEFENDANT'S ATTORNEY<br>COOPER |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>11/3/2004 | | | COURT REPORTER<br>4:17 p | | COURTROOM DEPUTY<br>Roland |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | |
| | | | | | Witnesses |
| | | 11/3/04 | | | Toland Gladden |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 11/3/04 | X | X | Mug Shot of Defendant |
| 2 | | 11/3/04 | X | X | Criminal Record of Defendant |
| 3 | | 11/3/04 | X | X | Indictment |
| 4 | | 11/3/04 | X | X | Order Setting Conditions of Release |
| 5 | | 11/3/04 | X | X | Pretrial Release Reporting Instructions |
| 6 | | 11/3/04 | X | X | Incident Report from Bridgton Police Department |
| 7 | | 11/3/04 | X | X | Domestic Violence Report of Bridgett Hanley |
| 8 | | 11/3/04 | X | X | Summons and Complaint |
| 9 | | 11/3/04 | X | X | Incident Report from Bridgeton Police Department 10/7/04 |
| 10 | | 11/3/04 | X | X | Alcohol Analyzing Report |
| 11 | | 11/3/04 | X | X | Document Stating Bond of Defendant |
| 12 | | 11/3/04 | X | X | Copy of Amended Bond of Defendant |
| 13 | | 11/3/04 | X | X | Interoffice Memorandum 10/10/2004 |
| 14 | | 11/3/04 | X | X | Pretrial Memorandum 10/20/2004 |
| 15 | | 11/3/04 | X | X | Summary from Tri-County Mental Health Services |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

United States vs.

CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16 | | 11/3/04 | | X | Police Report Re: Bridgett Hanley |
| | A | 11/3/04 | X | X | Official Document of Bridgton Police |
| | B | 11/3/04 | X | X | Booking Slips from Bridgton Police |
| | C | 11/3/04 | X | X | Affidavit of Christy Micklen |

Page _____ of _____ Pages