UNITED STATE COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-40008-NMG |
| ) | |
| LOUIS E. HANLEY, SR., ) | |
| ) | |
| Defendant. ) | |

### ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

Defendant Louis E. Hanley, Sr. ("Mr. Hanley"), with the assent of the United States of America, respectfully moves this Honorable Court to continue the status conference currently scheduled for Tuesday, November 16, 2004 at 2:30 p.m. to Monday, November 22, 2004 at 2:45 p.m. At present, Mr. Hanley's counsel is not available on November 16, 2004 to participate in the status conference, and it is for this reason that he requests that the conference be continued until November 22, 2004. Mr. Hanley agrees that the time period from November 16, 2004 until November 22, 2004 be excludable.

Respectfully submitted,

LOUIS E. HANLEY, SR.

By his attorneys,

  /s/ Howard M. Cooper
Howard M. Cooper (BBO #543842)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: November 16, 2004

Assented to:

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


By:     /s/ John M. Hodgens, Jr.
        JOHN M. HODGENS, JR.
        Assistant U.S. Attorney