UNITED STATE COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LOUIS E. HANLEY, SR., )<br>)<br>Defendant. )<br>) | Cr. No. 04-40008-NMG |

## ASSENTED TO MOTION OF
## LOUIS E. HANLEY, SR. TO ENLARGE THE PERIOD
## IN WHICH TO MOVE TO COMPEL DISCOVERY

Defendant Louis E. Hanley, Sr. ("Mr. Hanley"), with the assent of the United States of America, respectfully moves this Honorable Court to enlarge the period in which Mr. Hanley may move to compel the discovery of certain information which may be in the possession of the government, for a period of forty-five days.

By letter dated October 18, 2004, Mr. Hanley's counsel requested, pursuant to Fed. R. Crim. P. 16(a) and Local Rule 116.3, that the United States provide Mr. Hanley with certain materials which he maintains are material to his defense in this action. In a letter dated November 5, 2004, the Assistant United States Attorney assigned to the prosecution of this action, stated that the government had no obligation to produce the materials sought by Mr. Hanley. Pursuant to Local Rule 116.3(G), Mr. Hanley has fourteen days from the date of receipt of this written reply, to move to compel production of the materials requested.

With the assent of the United States, Mr. Hanley respectfully requests an additional forty-five days in which to submit such a motion.[1] Mr. Hanley submits that neither party will be

---

[1] With the additional forty-five days, Mr. Hanley would be required to submit such a motion on or before January 4, 2005.

prejudiced if such an extension is granted, and the additional time will afford the parties further time to negotiate a possible resolution of this action.

                                      Respectfully submitted,

                                      LOUIS E. HANLEY, SR.

                                      By his attorneys,

                                      /s/ Howard M. Cooper
                                      Howard M. Cooper (BBO #543842)
                                      Todd & Weld LLP
                                      28 State Street, 31st Floor
                                      Boston, MA  02109
                                      (617) 720-2626

Dated: November 19, 2004

Assented to:

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


By:     /s/ John M. Hodgens, Jr.
          JOHN M. HODGENS, JR.
          Assistant U.S. Attorney