UNITED STATE COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | Cr. No. 04-40008-NMG |
| ) | |
| LOUIS E. HANLEY, SR.,   ) | |
| ) | |
| Defendant.   ) | |

## SECOND ASSENTED TO MOTION OF
## LOUIS E. HANLEY, SR. TO ENLARGE THE PERIOD
## IN WHICH TO MOVE TO COMPEL DISCOVERY

Defendant Louis E. Hanley, Sr. ("Mr. Hanley"), with the assent of the United States of America, respectfully moves this Honorable Court to enlarge the period in which Mr. Hanley may move to compel the discovery of certain information which may be in the possession of the government, for a period of thirty days.

By letter dated October 18, 2004, Mr. Hanley's counsel requested, pursuant to Fed. R. Crim. P. 16(a) and Local Rule 116.3, that the United States provide Mr. Hanley with certain materials which he maintains are material to his defense in this action. In a letter dated November 5, 2004, the Assistant United States Attorney assigned to the prosecution of this action stated that the government had no obligation to produce the materials sought by Mr. Hanley. Pursuant to Local Rule 116.3(G), Mr. Hanley had fourteen days from the date of receipt of this written reply to move to compel production of the materials requested.

By Order dated November 23, 2004, this Court allowed Mr. Hanley's Assented To Motion To Enlarge The Period In Which To Move To Compel Discovery, which he filed on

November 19, 2004. Accordingly, Mr. Hanley's motion to compel production is now due by January 21, 2005, with the United States' response due by February 11, 2005.

By this Motion, with the assent of the United States, Mr. Hanley now respectfully requests an additional thirty days in which to submit his motion to compel production, and he further requests that the due date for the United States' response be adjusted accordingly. Mr. Hanley submits that neither party will be prejudiced if such an extension is granted. Indeed, the additional time will afford the parties further time to negotiate a possible resolution of this action.

                                  Respectfully submitted,

                                  LOUIS E. HANLEY, SR.

                                By his attorneys,

                                /s/ Howard M. Cooper
                                Howard M. Cooper (BBO #543842)
                                David M. Burkoff (BBO #657447)
                                Todd & Weld LLP
                                28 State Street, 31st Floor
                                Boston, MA  02109
                                (617) 720-2626

Dated: January 19, 2005

Assented to:

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


By:     /s/ John M. Hodgens, Jr.
          JOHN M. HODGENS, JR.
          Assistant U.S. Attorney