UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 18  P 12: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
)
v. )     Cr. No. 04-40008-FDS
)
LOUIS E. HANLEY, SR., )
)
)
        Defendant. )
)

## MOTION OF DEFENDANT LOUIS E. HANLEY, SR.
### TO FILE MOTION UNDER SEAL

Pursuant to Local Rule 7.2, Defendant Louis E. Hanley, Sr. hereby respectfully moves

this Honorable Court to seal his accompanying Motion To Compel Disclosure Of Items Material

To His Defense ("Motion To Compel") until further order of the Court. As grounds therefore,

Mr. Hanley states that the nature of the request made in his Motion To Compel clearly

demonstrates that maintaining said Motion under seal is in the interests of justice.

Respectfully submitted,

LOUIS E. HANLEY, SR.

By his attorneys,

Howard M. Cooper (BBO #543842)
David M. Burkoff (BBO #657447)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: February 18, 2005

2/23/05

allowed. Clerk to docket motion

to Compel Disclosure as sealed.