UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. ) Cr. No. 04-40008-FDS
)
)
LOUIS E. HANLEY, SR., )
)
Defendant. )

## AFFIDAVIT OF PROOF OF SERVICE

I, David M. Burkoff, Esq., hereby certify that on February 18, 2005 I caused copies of the Motion Of Defendant Louis E. Hanley, Sr. To Compel Disclosure Of Items Material To His Defense and the Motion Of Defendant Louis E. Hanley, Sr. To File Motion Under Seal, both dated February 18, 2005, to be served by United States Mail upon the following party:

John M. Hodgens, Jr.
Assistant United States Attorney
United States Attorney's Office
Donohue Federal Building, Room #206
595 Main Street
Worcester, Massachusetts 01608

Signed under the pains and penalties of perjury, this 18th day of February, 2005.

David M. Burkoff, Esq.

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on _____.