UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. 04-40008-FDS
v. )
)
)
LOUIS E. HANLEY, SR. )
    Defendant )
)

## Government's Motion For Continuance and to Exclude time

The United States of America, by Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorney, John M. Hodgens, Jr., with the assent of the Defendant's Attorney, Howard M. Cooper, hereby files this motion to enlarge the time in which to file a response motion in the above-captioned action from March 8, 2005 to March 22, 2005 or a convenient date thereafter.

In support of this motion, the government represents that counsel for the Government who is prosecuting this matter is on trial in U.S. v. Arthur Pappathanasi & Nicholas Scangas, Cr. No. 03-10305, which commenced on January 31, 2005 and is not expected to conclude until March 14, 2005.

For the above reason, the government respectfully requests that the Court continue the time to file a response from March 8, 2005 to March 22, 2005 and that the period from March 8, 2005 to March 22, 2005 excluded.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

DATED:   February 24, 2005.

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Howard M. Cooper, Esquire
Todd & Weld
28 State Street, 31st Floor
Boston, MA 02109

This 24th day of February 2005.

/s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
ASSISTANT UNITED STATES ATTORNEY