UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
    v.                              )   Cr. No. 04-40008-FDS
                                    )
LOUIS E. HANLEY, SR.,               )
                                    )
            Defendant.              )
_____)

**MOTION OF DEFENDANT LOUIS E. HANLEY, SR.
FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE**

Defendant Louis E. Hanley, Sr. ("Mr. Hanley") respectfully moves this Honorable Court to temporarily modify the conditions of his release in light of the passing of his wife, Bridget Hanley, on February 27, 2005. Specifically, the current conditions of Mr. Hanley's release require that he remain at home between the hours of 9:00 p.m. and 6:00 a.m. each night. Due to his wife's death, Mr. Hanley does not feel comfortable sleeping alone in his home and would prefer to spend his nights at the home of a friend. By this Motion, Mr. Hanley therefore requests that his curfew be waived until March 25, 2005, on which date a status conference in connection with this matter is currently scheduled. Mr. Hanley, through his counsel, has received the assent of Pre-Trial Services in this regard, so long as he keeps them informed as to where he will spend each night during the pendency of the temporary modification requested herein.

WHEREFORE, Mr. Hanley respectfully moves this Honorable Court to modify the conditions of his release such that his curfew is waived until the scheduled March 25, 2005 status conference.

Respectfully submitted,

LOUIS E. HANLEY, SR.

By his attorneys,

  /s/    David M. Burkoff
Howard M. Cooper (BBO#543842)
David M. Burkoff (BBO#657447)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626

Dated: March 1, 2005