UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 04-40008-FDS |
| | ) |
| LOUIS E. HANLEY, SR., | ) |
| | ) |
| Defendant | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TEMPORARY
MODIFICATION OF RELEASE CONDITIONS**

Defendant moved for temporary relief from a curfew imposed as a condition of his release due to the passing of his spouse.

The Government has no objection.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

ss., Worcester

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by U.S. Mail on counsel of record on this the 3rd day of March, 2005.

_____
JOHN M. HODGENS, JR.
Assistant U.S. Attorney