UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-40008-FDS |
| ) | |
| LOUIS E. HANLEY, SR., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE COURT:*

Please enter the appearance of David M. Burkoff as counsel for Defendant, Louis E. Hanley, Sr., in the above-entitled action.

    /s/ David M. Burkoff
Howard M. Cooper (BBO#543842)
David M. Burkoff (BBO #657447)
TODD & WELD LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Dated: March 3, 2005