UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 MAR 22  6:50pm

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Cr. No. 04-40008-FDS |
| ) | |
| LOUIS E. HANLEY, SR., ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S MOTION TO SEAL AND IMPOUND**

The United States of America, by its attorneys, Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to seal and impound the papers filed herewith

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

SS., Worcester

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by fax and mail upon below-named counsel on this the 22nd of March, 2005.

_____
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

David M. Burkoff, Esq.

3-25-05
approved

40