UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            V.                    )
                                  )        Cr. No. 04-40008-FDS
LOUIS E. HANLEY, SR.,             )
                                  )
            Defendant             )

## GOVERNMENT'S MOTION TO SEAL AND IMPOUND

The United States of America, by its attorneys, Michael J.
Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S.
Attorney, hereby moves the Court for an Order directing the Clerk
to seal and impound the papers filed herewith

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:     _____
        JOHN M. HODGENS, JR.
        Assistant U.S. Attorney

SS., Worcester

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by
fax and mail upon below-named counsel on this the 1st day of
April, 2005.

_____
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Howard Cooper, Esq.