UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Cr. No. 04-40008-FDS |
| ) | |
| LOUIS E. HANLEY, SR., ) | |
| ) | |
| Defendant ) | |

**PARTIES' JOINT MOTION FOR FURTHER STATUS CONFERENCE DATE AND ORDER OF EXCLUDABLE TIME**

The parties in the above-captioned matter hereby move the Court for a further status conference date in mid-May and move the Court for an Order of excludable time through the next scheduled conference date, pursuant to 18 U.S.C. §3161(h)(8)(A) ("the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial").  As grounds, Defendant, by his counsel Howard Cooper, Esq., represents that Defendant needs further time to review discovery and joins in the foregoing motion.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      UNITED STATES ATTORNEY

                        By: /s/ John M. Hodgens, Jr.
                              JOHN M. HODGENS, JR.
                              Assistant U.S. Attorney

ss., Worcester
## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic filing upon counsel of record on this the 1st of April, 2005.

/s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
Assistant U.S. Attorney
