UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LOUIS E. HANLEY, SR., )<br>)<br>Defendant. )<br>_____ ) | Cr. No. 04-40008-FDS |

## MOTION OF DEFENDANT LOUIS E. HANLEY, SR. TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, Defendant Louis E. Hanley, Sr. hereby respectfully moves this Honorable Court to seal his accompanying Motion For Reconsideration. Mr. Hanley states that the nature of his Motion clearly demonstrates that maintaining it under seal is in the interests of justice.

Respectfully submitted,

LOUIS E. HANLEY, SR.

By his attorneys,

_____
Howard M. Cooper (BBO# 543842)
David M. Burkoff (BBO# 657447)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: May 2, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/2/05.
_____