UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Cr. No. 04-40008-FDS |
| LOUIS E. HANLEY, SR., | ) | |
| Defendant | ) | |

### GOVERNMENT'S MOTION TO SEAL AND IMPOUND

The United States of America, by its attorneys, Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, hereby moves the Court for an Order directing the Clerk to seal and impound the papers filed herewith

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

SS., Worcester

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by fax and mail upon below-named counsel on this the 3rd day of May, 2005.

/s/ John M. Hodgens, Jr.
JOHN M. HODGENS, JR.
Assistant U.S. Attorney

Howard Cooper, Esq.

*5-3-05 Allowed as to motion to seal.* [handwritten endorsement]

49