

# MEMORANDUM

**To:** Charles B. Swartwood III, Chief US Magistrate Judge
**From:** Vangie Cuascut, US Pretrial Services Officer
**Re:** HANLEY, Louis
CR# 04-40008-NMG
**Date:** April 28, 2005

This memorandum is submitted for whatever action Your Honor may deem appropriate.

Louis Hanley is currently on pretrial release. Your Honor released the defendant on May 5, 2004. He was released on a $5,000 Unsecured Bond with restrictive conditions. The defendant resides in the District of Maine and is supervised by USPO Dan Kelly, in Portland, ME.

PO Kelly has informed me that following his wife's death, the defendant acquired two room-mates. Mr. Kelly is familiar with these room-mates knows that one is a convicted felon. PO Kelly feels that these living arrangements are not appropriate. Pretrial Services believes that the defendant should not be allowed to reside with a convicted felon.

VC

cc: John Hodgens, AUSA
Howard Cooper, Esq.
David Burkoff, Esq.

*4-28-05*
*I agree. USPO Dan Kelly should notify Mr. Hanley that the convicted felon must vacate his house or Mr. Hanley will be in breach of his conditions of release.*