# TODD & WELD LLP
ATTORNEYS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109

HOWARD M. COOPER
Email: hcooper@toddweld.com

TELEPHONE: (617) 720-2626
FACSIMILE: (617) 227-5777
www.toddweld.com

May 2, 2005

**By Fax & Overnight Mail**

Hon. Charles B. Swartwood, III
U.S. District Court for the District of Massachusetts
Central Division
Harold D. Donohue Federal Building & Courthouse
595 Main Street
Worcester, Massachusetts 01608

      Re:    United States v. Louis E. Hanley, Sr.
              Criminal No. 04-40008-FDS

Dear Judge Swartwood:

     As you may recall, I represent Louis Hanley in connection with the above matter. I write respectfully to respond to the memorandum submitted to the Court by pretrial services officer Vangie Cuascut on April 28, 2005, a copy of which is enclosed for your reference. In her memorandum, Ms. Cuascut informs the Court that one of Mr. Hanley's two current roommates is a "convicted felon," and she conveys her conclusion that Mr. Hanley should not be permitted to reside with that person, who though unidentified by Ms. Cuascut is named Jeff Thompson.

     I respectfully but strongly disagree with Ms. Cuascut and I urge the Court not to endorse her conclusion. As indicated in her memorandum, and as the Court may recall from Mr. Hanley's Assented-To Motion For Temporary Modification of Conditions of Release, Mr. Hanley's wife passed away unexpectedly on February 27, 2005. Since then, Mr. Hanley's two closest friends, Jeff Thompson and his wife, Terri, have been his primary source of companionship and emotional support. Mr. Hanley, who is now in his 50s, knew his wife since she was a teenager, and needless to say her sudden death has taken a serious emotional toll on him. Mr. Hanley has repeatedly told us that the comfort the Thompsons have been able to provide by dint of their living with him has been invaluable over these last two months. The possibility that he will have to live without them is very worrisome to Mr. Hanley.

     Also of serious concern is that Mr. Hanley is a man of extremely limited means. By way of example, it has been extremely difficult for him to come to our offices from his home in Maine because it takes time for him to raise enough money to pay for the gas. As his roommates, Mr. and Mrs. Thompson are paying half of Mr. Hanley's rent. If he is ordered not to live with them, he will no longer be able to pay for his apartment.

I would be glad to arrange for Your Honor to speak with Mr. Thompson, or, with input from Attorney Hodgens, I would gladly discuss this matter further with the Court.

Thank you for your attention.

Respectfully,

Howard M. Cooper

Enclosure
cc:   John M. Hodgens, Jr., Esq.
      David M. Burkoff, Esq.
      Vangie Cuascut
      Daniel P. Kelly
      Louis E. Hanley, Sr.