UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
         v.                   )   CRIMINAL ACTION
                              )   NO. 04-40008-FDS
LOUIS HANLEY,                 )
         Defendant,           )
                              )
_____)
```

FINAL STATUS REPORT
May 6, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

By Order dated April 15, 2005, I denied Mr. Hanley's Motion To Compel Disclosure Of Items Material To His Defense. Mr. Hanley has filed a Motion For Reconsideration (Appeal to the District Judge)(Docket No. 51) and the Government has filed an opposition to that motion (Docket No. 50). Therefore, I am returning this case to Judge Saylor for a ruling on Mr. Hanley's motion to reconsider my discovery order. If Judge Saylor decides that there are further issues that should be resolved by me, then he can refer the case back to me for further proceedings.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 14, 2005 (date of expiration of prior order of excludable time) through May 4, 2005 (date of a status conference with counsel for the parties and the date by which all discovery and other pre-trial issues were discussed). Counsel for all parties had previously agreed to numerous orders of excludable delay between February 14, 2005 and May 4, 2005. Therefore, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through May 5, 2005 and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, July 14, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE