# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, )
)
)
v.                         )   CRIMINAL ACTION
)   NO. 04-40008-FDS
LOUIS HANLEY,              )
          Defendant,       )

## ORDER OF EXCLUDABLE TIME
May 6, 2005

SWARTWOOD, C.M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 14, 2005 (date of expiration of prior order of excludable time) through May 4, 2005 (date of status conference with counsel for the parties and the date by which all discovery and other issues were discussed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE