```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA         )
                                 )
     V.                         )    Cr. No. 04-40008-FDS
                                 )
LOUIS E. HANLEY, SR.,            )
                                 )
     Defendant           )

### ASSENTED TO MOTION FOR INTERIM STATUS CONFERENCE AND ORDER OF EXCLUDABLE TIME

The United States of America, by Michael J. Sullivan, United States Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, with the assent of Defendant, by his counsel, Howard M. Cooper, Esq., hereby moves the Court for an interim status conference and further moves the Court for an Order of excludable time from May 17, 2005 (the date the district court ruled on Defendant's Motion for Reconsideration) through the next scheduled conference date, pursuant to 18 U.S.C. §3161(h)(8)(A) ("the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial").

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            UNITED STATES ATTORNEY

                         By:   /s/ John M. Hodgens, Jr.
                             JOHN M. HODGENS, JR.
                             Assistant U.S. Attorney

ss., Worcester

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served via electronic filing upon counsel of record on this the 24th of May, 2005.

                                           /s/ John M. Hodgens, Jr.
                                           JOHN M. HODGENS, JR.
                                           Assistant U.S. Attorney