UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA  ) | |
| )  | |
| v.                         ) | Criminal No. |
| )                          | 04-40008-FDS |
| LOUIS E. HANLEY, SR.,      ) | |
| )                          | |
| Defendant.                 ) | |

**ORDER OF EXCUSABLE TIME**

**SAYLOR, J.**

With the assent of the defendant, the government has moved for an order excluding the time from May 17, 2005, the date on which the Court ruled on a defense motion for reconsideration, through June 27, 2005, the date of the next conference scheduled in this matter. There being no opposition, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from May 17, 2005, through June 27, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: May 31, 2005