```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Cr. No. 04-40008-FDS |
| ) | |
| LOUIS E. HANLEY, SR., ) | |
| ) | |
| Defendant ) | |

**ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**

The United States of America, by Michael J. Sullivan, U.S. Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, with the assent of Defendant, by his counsel, Howard M. Cooper, Esq., hereby moves the Court for an Order continuing the status conference from June 27, 2005, to June 30, 2005, or a date thereafter convenient for the Court, and further moves to exclude the additional time, pursuant to 18 U.S.C. §3161(h)(8)(A).

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                         By:  /s/John M. Hodgens, Jr.
                              JOHN M. HODGENS, JR.
                              Assistant U.S. Attorney
```

**CERTIFICATE OF SERVICE**

I, John M. Hodgens, Jr., Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served on Howard M. Cooper, Esq. by Electronic Filing on this the 24th day of June, 2005.

```
                              /s/John M. Hodgens, Jr.
                              JOHN M. HODGENS, JR.
                              Assistant U.S. Attorney
```