UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.            ) | Cr. No. 04-40008-FDS |
| ) | |
| LOUIS E. HANLEY, SR.,     ) | |
| ) | |
| Defendant   ) | |

**<u>ASSENTED TO MOTION FOR  ORDER OF EXCLUDABLE TIME</u>**

The United States of America, by Michael J. Sullivan, United States Attorney, and John M. Hodgens, Jr., Assistant U.S. Attorney, with the assent of Defendant, by his counsel, Howard M. Cooper, Esq., hereby moves the Court for an Order of excludable time from June 27, 2005 through the next scheduled conference date, July 22, 2005, pursuant to 18 U.S.C. §3161(h)(8)(A) ("the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial").  In support, the Government represents that parties expect to obtain a trial date from the Court.  Further, the defendant is not in custody.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    UNITED STATES ATTORNEY

By:  <u>/s/ John M. Hodgens, Jr.</u>
     JOHN M. HODGENS, JR.
     Assistant U.S. Attorney