UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA, )<br>)<br>v.                                                                )   Criminal No.<br>)   04-40008-FDS<br>LOUIS E. HANLEY, SR.,                          )<br>)<br>Defendant.                                        )<br>) | |

## ORDER OF EXCLUDABLE DELAY

**SAYLOR, J.**

On June 29, 2005, the Government filed an assented-to motion to exclude the time from June 27, 2005 through July 22, 2005, pending the determination of a trial date. At the status conference of July 22, 2005, the Court set a trial date of October 11, 2005, and the parties further agreed to exclude the time between the status conference and the final pretrial conference on October 5, 2005 under the Speedy Trial Act, in order to allow counsel to prepare for trial and to accommodate their schedules.

With the assent of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendant in a speedy trial, the period of time from June 27, 2005 through October 5, 2005 shall be excludable under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: July 25, 2005