| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States | COURT CASE NUMBER<br>04-40008-FDS |
|---|---|
| DEFENDANT<br>Louis E. Hanley, Sr. | TYPE OF PROCESS<br>Subpoena |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jose D. Flores

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
236 May Street, Worcester, MA 01602

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David M. Burkoff, Esq.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

[RECEIVED U.S. MARSHALS SERVICE WORCESTER, MA 2005 AUG 31]

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 617-720-2626
DATE: 08/30/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 038 | District to Serve<br>No. 038 | Signature of Authorized USMS Deputy or Clerk<br>Ruth E. May | Date<br>9-1-05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 9/2/05  Time: 1200 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| United States<br>V.<br><br>Louis E. Hanley, Sr. | SUBPOENA IN A<br>CRIMINAL CASE<br><br>Case Number: Criminal No.: 04-4008-FDS |
|---|---|

TO: Jose D. Flores
    236 May Street
    Worcester, MA 01602

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE<br>United States District Court<br>Harold D. Donohue Federal Building and Courthouse<br>595 Main Street<br>Worcester, MA 01608 | COURTROOM<br>1 |
|---|---|
| | DATE AND TIME<br>10/11/05    9:00 a.m. * |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SARAH A. THORNTON<br><br>(By) Deputy Clerk | DATE<br><br>AUG 2 5 2005 |
|---|---|
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:<br>David H. Burkoff, Esq.<br>Todd & Weld LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109 | 617-720-2626 |

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 9-1-05 | PLACE USMS, Worcester, MA |
| SERVED | DATE 9-2-05 | PLACE 236 May St Worcester, MA |
| SERVED ON (PRINT NAME) Jose D. Flores | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO  AMOUNT $ 45.00 |
| SERVED BY (PRINT NAME) Cynthia DeCaire-Bohn | | TITLE Deputy U.S. Marshal |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  9/21/05
            DATE

_Cynthia DeCaire-Bohn_
SIGNATURE OF SERVER

ADDRESS OF SERVER
UNITED STATES MARSHALS SERVICE
HAROLD D. DONOHUE FEDERAL BLDG.
595 MAIN STREET
WORCESTER, MA 01608

ADDITIONAL INFORMATION

* Please note that while trial is scheduled to begin at 9:00 a.m. on 10/11/05, depending on the length of trial you may not be called to testify on that date. Please be in touch with David M. Burkoff, Esq. at 617-720-2626 as the date of trial approaches.