# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 04-40008-FDS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Louis E. Hanley, Sr. | Subpoena |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sgt. Stephen Roche, Worcester Police Department, Gang Unit

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

9-11 Lincoln Square, Worcester, MA 01608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David M. Burkoff, Esq.
Todd & Weld LLP
28 State Street, 31st. Floor
Boston, MA 02109

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED U.S. MARSHALS SERVICE WORCESTER 2005 AUG 31 PM 12:

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT

TELEPHONE NUMBER: 617-720-2626
DATE: 08/30/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 038 | No. 038 | Ruth E May | 9-1-05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am/pm |
|---|---|---|
| 9/1/05 | 1:22 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
9/1/05 - Talked w/ Sgt Roche on phone.
9/1/05 - [illegible] left w/ member of Gang Unit at the Worcester Police Dept

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

| | |
|---|---|
| United States<br>V.<br>Louis E. Hanley, Sr. | **SUBPOENA IN A CRIMINAL CASE**<br><br>Case Number: Criminal No.: 04-4008-FDS |

TO: Sgt. Stephen Roche
Worcester Police Department
Gang Unit
9-11 Lincoln Square
Worcester, MA 01608

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE<br>United States District Court<br>Harold D. Donohue Federal Building and Courthouse<br>595 Main Street<br>Worcester, MA 01608 | COURTROOM<br>1 |
|---|---|
| | DATE AND TIME<br>10/11/05      9:00 a.m.* |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SARAH A. THORNTON<br>(By) Deputy Clerk | DATE<br>AUG 2 5 2005 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
David M. Burkoff, Esq.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109                                      617-720-2626