U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States | 04-40008-FDS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Louis E. Hanley, Sr. | Subpoena |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Edmond R. Girouard

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
285 Henshaw Street, Leicester, MA  01524

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David M. Burkoff, Esq
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:    ☐ PLAINTIFF   ☒ DEFENDANT
TELEPHONE NUMBER: 617-720-2626    DATE: 8/30/05

*David M. Burkoff (signature)*

RECEIVED U.S. MARSHAL WORCESTER MA  2005 SEP -1 A 11:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 038 | No. 038 | Ruth E. May | 9-1-05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/21/05    Time: 6:55 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
9/2/05 Attempt Service 1200 u/R.  CB
9/7/05 Attempt Service 1300 u/R.  CB
*9/21/05 Served on Matthew Girouard - son living @ Res.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

| United States | SUBPOENA IN A |
| V. | CRIMINAL CASE |
| Louis E. Hanley, Sr. | Case Number: Criminal No.: 04-4008-FDS |

TO: Edmond R. Girouard
285 Henshaw Street
Leicester, MA 01524

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court<br>Harold D. Donohue Federal Building and Courthouse<br>595 Main Street<br>Worcester, MA 01608 | COURTROOM<br>1 |
| | DATE AND TIME<br>10/11/05   9:00 a.m.* |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):



| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SARAH A. THORNTON<br>(By) Deputy Clerk | DATE<br>AUG 2 5 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
David M. Burkoff, Esq.
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109                                          617-720-2626