UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 4:04CR40608-FDS |
| v. ) | VIOLATION: |
| ) | 18 U.S.C. § 924(n)- |
| LOUIS E. HANLEY, SR., ) | (Interstate travel |
| Defendant ) | for purpose of |
| ) | dealing in firearms |
| ) | without a license) |

INFORMATION

COUNT ONE:   (18 U.S.C. § 924(n)- Interstate travel for purpose of dealing in firearms without a license)

The United States Attorney charges that:

On or about February 3, 2004, at Worcester, Massachusetts, in the District of Massachusetts, and elsewhere

**LOUIS E. HANLEY, SR.,**

the defendant herein, with the intent to engage in conduct that constitutes a violation of Title 18, United States Code, Section 922(a)(1)(A), that is, unlawfully dealing in firearms without a license, did travel from Maine into Massachusetts, and attempted to acquire a firearm in Massachusetts, to wit: a Browning shotgun, model Light 12, 12 gauge caliber, bearing serial number 5G83967, in furtherance of such a purpose.

All in violation of Title 18, United States Code, Section 924(n).

JS 45 (5/97) - (Revised USAO MA 8/29/05)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Worcester     **Category No.** III     **Investigating Agency** ATF

**City** Worcester     **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. IND     Case No. 04-40008-FDS
Same Defendant X     New Defendant _____
Magistrate Judge Case Number 04-01682-CBS
Search Warrant Case Number _____
Rule 5(c)/40 from District of _____

**Defendant Information:**

**Defendant Name** Louis E. Hanley, Sr.     Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 50    **SSN (last 4 #):** 5447   **Sex** M   **Race:** W    **Nationality:** USA

**Defense Counsel if known:** Howard Cooper, Esq.    **Address:** Todd & Weld, 28 State Street, 31ST Fl Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** John M. Hodgens, Jr., AUSA    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by USMJ Swartwood on _____

**Charging Document:** ☐ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/26/05    **Signature of AUSA:** /s/ John M. Hodgens, Jr.

JS 45 (5/97) - (Revised USAO MA 8/29/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Louis E. Hanley, Sr.

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 924(n) | Unlawful travel for purpose of dealing in firearms w/out license | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**