

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (508) 368-0100
Facsimile:     (508) 756-7120

*Federal Building & Courthouse*
*595 Main Street, Suite 206*
*Worcester, Massachusetts 01608*

September 26, 2005

**BY HAND**
Martin Q. Castles
Courtroom Clerk to Hon. F. Dennis Saylor, IV
Office of the Clerk - United States District Court
Donohue Federal Building
595 Main Street, 5th Floor
Worcester, MA 01608

Re:  United States v. Louis E. Hanley, Sr.
     Cr. No. 04-40008-FDS

Dear Mr. Castles:

   The parties in the above-referenced matter have reached a Plea Agreement, a courtesy copy of which is enclosed.

   In sum, Mr. Hanley has agreed to waive Indictment and plead guilty to an Information, which is enclosed herein for filing together with a new JS-45. The pending Indictment will be dismissed without prejudice.

   In connection with scheduling a Rule 11 hearing with the Court, the parties will be in contact with you. Thank you for your assistance.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                    UNITED STATES ATTORNEY

                              By:   JOHN M. HODGENS, JR.
                                    Assistant U.S. Attorney

Enclosures
cc:  Howard M. Cooper, Esq., Counsel for Defendant
     David M. Burkoff, Esq., Counsel for Defendant
     Michael Curran, S/A, ATF
     Gene Westerlind, S/A, HUD-IG