AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LOUIS E. HANLEY, SR.

WAIVER OF INDICTMENT

CASE NUMBER:     4:04CR40008-FDS

I, _____ LOUIS E. HANLEY, SR. _____, the above named defendant, who is accused of interstate travel for purpose of dealing in firearms without a license, in violation of Title 18, United States Code, Section 924(n)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on    10-05-2005    prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
          Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.