UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-40008-FDS |
| ) | |
| LOUIS E. HANLEY, SR., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF DAVID M. BURKOFF, ESQ.

Please enter the withdrawal of David M. Burkoff, Esq. as counsel in the above matter for Louis E. Hanley, Sr. Mr. Hanley will continue to be represented by Howard M. Cooper, Esq., whose appearance is already on file with the Court.

David M. Burkoff (BBO# 657447)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Dated: November 8, 2005