UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LOUIS E. HANLEY, SR., )<br>)<br>Defendant. )<br>) | Cr. No. 04-40008-FDS |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

The Defendant, Louis E. Hanley, Sr., ("Mr. Hanley" or "the Defendant") through his counsel, hereby requests that his Sentencing currently scheduled for January 4, 2006 be reset for **February 16, 2006 at 3:15 p.m.** In support of this motion, Mr. Hanley states as follows:

1. Mr. Hanley's counsel, Attorney Howard Cooper has a scheduling conflict on January 4, 2006.

2. Attorney Cooper conferred with Assistant United States Attorney John Hodges about seeking a modest continuance until a date in February of 2006. Mr. Hodges assents to this requested continuance.

3. This is Mr. Hanley's first request for a continuance of his Sentencing date and is requested in good faith and not for the purposes of unnecessary delay.

4. Attorney Cooper's office also conferred with U.S. Probation Officer Kelly Foster, who informed us that Mr. Hanley's Objections to his Presentence Report are now due on January 26, 2006.

WHEREFORE, Mr. Hanley, through his counsel, respectfully requests that this court allow his Sentencing to be rescheduled until **February 16, 2006 at 3:15 p.m.**

Respectfully submitted,

LOUIS E. HANLEY, SR.

By his attorney,

*/s/ Howard M. Cooper / N.C.*
Howard M. Cooper (BBO# 543842)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Assented to:

*/s/ John M. Hodges, Jr. / N.C.*
John M. Hodges, Jr.
Assistant United States Attorney
United States Attorneys Office
Donahue Federal Building
Suite 206
595 Main Street
Worcester, MA 01608

Date: December 2, 2005

2