UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-40008-FDS |
| ) | |
| LOUIS E. HANLEY, SR., ) | |
| ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

The Defendant, Louis E. Hanley, Sr., ("Mr. Hanley" or "the Defendant") through his counsel, hereby requests that his Sentencing currently scheduled for **February 16, 2006 at 3:15 p.m.** be rescheduled until **March 23, 2006 at 3:00 p.m.** In support of this motion, Mr. Hanley states as follows:

1. Mr. Hanley's counsel, Attorney Howard Cooper, has recently conferred with Assistant United States Attorney John M. Hodgens, Jr., about a possible continuance of Mr. Hanley's Sentencing currently scheduled for February 16, 2006 due to numerous scheduling conflicts.

2. Mr. Hodgens assents to this continuance and informed Mr. Cooper that he will be leaving the U.S. Attorneys Office in the near future, and he himself will not be available for Mr. Hanley's Sentencing on February, 16, 2006.

3. A new Assistant United States Attorney will be assigned and will have to familiarize him or herself with the case.

4. Mr. Hanley has been in line with the terms of his probation and this continuance is requested in good faith and not for the purposes of unnecessary delay.

5. Attorney Cooper will submit his Sentencing Memorandum according to Judge Saylor's Order 20 days before the Sentencing on **Friday March, 3, 2006** and will disclose any expert information therewith as ordered.

6. Attorney Cooper's office has conferred with the U.S. Probation Officer Kelly Foster and she has agreed that Mr. Hanley's Objections to the Presentence Report are now due **on March, 2, 2006**.

WHEREFORE, Mr. Hanley, through his counsel, respectfully requests that this Court allow his Sentencing to be rescheduled to **March 23, 2006 at 3:00 p.m.**

        Respectfully submitted,
        LOUIS E. HANLEY, SR.
        By his attorney,

        /s/ Howard M. Cooper
        Howard M. Cooper (BBO# 543842)
        Todd & Weld LLP
        28 State Street, 31st Floor
        Boston, MA  02109
        (617) 720-2626
        hcooper@toddweld.com

Assented to:

/s/ John M. Hodgens, Jr.
John M. Hodgens, Jr.
Assistant United States Attorney
United States Attorneys Office
Donahue Federal Building
Suite 206
595 Main Street
Worcester, MA  01608

Date:  January 13, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 13, 2006.

Dated: January 13, 2006                                   /s/ Howard M. Cooper