UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-40008-FDS |
| ) | |
| LOUIS E. HANLEY, SR., ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CHANGE SENTENCING DATE OF LOUIS HANLEY AND REQUEST FOR AN EVIDENTIARY HEARING

The Defendant, Louis E. Hanley, Sr., ("Mr. Hanley" or "the Defendant") through his counsel, hereby requests that his Sentencing and Evidentiary Hearing currently scheduled for **March 23, 2006 at 3:00 p.m be moved back a week to March 16, 2006 at 2:00 p.m.** In support of this motion, Mr. Hanley states as follows:

1. Mr. Hanley's counsel, Howard M. Cooper will be out of the state the week of March 20, 2006.

2. Mr. Cooper's paralegal conferred with David Hennessey at the U.S. Attorney's office on moving the Sentencing to March 16th. Mr. Hennessey did not oppose that change of date.

3. Mr. Cooper's paralegal conferred with Kelly Foster at Probation about the change and date.

WHEREFORE, Mr. Hanley, through his counsel, respectfully requests that this Court move back his Sentencing to March 16, 2006 at 2:00 p.m.

Respectfully submitted,
LOUIS E. HANLEY, SR.
By his attorney,


 /s/ Howard M. Cooper
Howard M. Cooper (BBO# 543842)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626
hcooper@toddweld.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 21, 2006.

Dated: February 21, 2006     /s/ Howard M. Cooper