UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>LOUIS E. HANLEY, SR., )<br>)<br>Defendant. )<br>) | Cr. No. 04-40008-FDS |

**MOTION TO SEAL THE FILING OF DEFENDANT'S SENTENCING MEMORANDUM IN SUPPORT OF HIS REQUESTS FOR (i) DOWNWARD DEPARTURES UNDER THE ADVISORY UNITED STATES SENTENCING GUIDELINES AND (ii) THE IMPOSITION OF A 24 MONTH SENTENCE PURSUANT TO 18 U.S.C. § 3355(a)**

The Defendant, Louis E. Hanley, Sr., ("Mr. Hanley") respectfully requests that Court allow him to file his Sentencing Memorandum in Support of his Requests for (i) Downward Departures Under the Advisory United States Sentencing Guidelines and (ii) The Imposition of a 24 Month Sentence Pursuant to 18 U.S.C. § 3355(a) **UNDER SEAL**. In support of this Motion, the Defendant states as follows:

1. The Sentencing Memorandum contains a neuropsychological examination of Mr. Hanley that is confidential.

2. The Sentencing Memorandum includes Mr. Hanley's mother's medical records.

WHEREFORE, Mr. Hanley, through his counsel respectfully asserts that the data contained in this Sentencing Memorandum is highly confidential and should be filed

under Seal with only disclosure to the Court, the United States Attorneys Office and the U.S. Probation Office.

>Respectfully submitted,
>
>LOUIS E. HANLEY, SR.
>
>By his attorney,
>
>/s/ Howard M. Cooper, Esq.
>Howard M. Cooper (BBO# 543842)
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA  02109
>(617) 720-2626
>hcooper@toddweld.com

Dated: February 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 24, 2006.

>/s/ Howard M. Cooper, Esq.