UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )    04 CR 40008-FDS
        v.                  )
                            )
LOUIS E. HANLEY, SR.,       )
                            )
        Defendant.          )
```

**<u>MOTION TO AWARD DEFENDANT THIRD ACCEPTANCE POINT</u>**

Now comes the United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and David Hennessy, Assistant U.S. Attorney, and hereby moves, pursuant to United States Sentencing Guideline § 3E1.1(b), to decrease Defendant Louis E. Hanley, Sr.'s offense level by one additional level.

In support of this motion, the Government states that Defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                       By:    <u>/s/David Hennessy</u>
                              David Hennessy
                              Assistant U.S. Attorney

DATED: March 13, 2006

CERTIFICATE OF SERVICE

Worcester, ss.                              Worcester, Massachusetts
                                            March 13, 2006

    I, David Hennessy, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by facsimile and regular mail on Howard M. Cooper, Esq., Todd & Weld, 28 State Street, Boston, MA 02109.

                                             /s/ David Hennessy
                                             DAVID HENNESSY
                                             Assistant U.S. Attorney


cc:  Kelly Foster
     U.S. Probation Department