UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>v.<br><br>LOUIS E. HANLEY, SR.,<br><br>Defendant. | Criminal No.<br>04-40008-FDS |

## MODIFICATION OF CONDITIONS OF RELEASE

**SAYLOR, J.**

For good cause shown, at the request of the defendant and with the assent of the government, the conditions of defendant's release pending self-surrender to the Bureau of Prisons are hereby modified as follows.

The defendant is permitted to remain in Maine until March 29, 2006. During that time, he will be subject to electronic monitoring for the purpose of monitoring the 9:00 p.m. to 6:00 a.m. curfew. If there is no objection by the defense, the defendant is ordered to remain in Maine, with these conditions, pending self-surrender to the Bureau of Prisons. All other previously set release conditions will also remain in effect. Any objections to the above modifications of conditions of release should be filed by March 29, 2006, and a hearing will be scheduled promptly thereafter.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: March 21, 2006