UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>LOUIS E. HANLEY, SR.,      )<br>)<br>Defendant.      )<br>_____) | Cr. No. 04-40008-FDS |

### DEFENDANT LOUIS HANLEY'S MOTION TO EXTEND DATE OF SURRENDER

The Defendant, Louis E. Hanley, Sr., ("Mr. Hanley"), through his counsel, respectfully requests that the Court allow him a one week extension from his current surrender date of April 13, 2006 to April 20, 2006 for which to report to the United States Marshal's Office in Worcester, Massachusetts. In support hereof, Mr. Hanley states the following:

1. Mr. Hanley, through counsel, contacted the U.S. Marshal's office in Worcester on April 12, 2006 to inquire whether the United States Bureau of Prisons has designated a prison facility for Mr. Hanley. The U.S. Marshal's office states that the BOP has not yet designated a prison facility for Mr. Hanley.

2. Mr. Hanley has adhered to all of the terms of his release both before and after sentencing. He will continue to do so and check in with his Pre-Trial Services Officer as necessary. He is also electronically monitored with a

bracelet and so therefore is very much in compliance with the restrictions set forth by the U.S. Pretrial Services Office.

WHEREFORE, the Defendant, Louis Hanley, through his counsel, requests that Mr. Hanley's new date of surrender be Thursday, April 20, 2006.

Respectfully submitted,

LOUIS E. HANLEY, SR.

By his attorney,

/s/ Howard M. Cooper, Esq.
Howard M. Cooper (BBO# 543842)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
hcooper@toddweld.com

Dated: April 12, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 12, 2006.

/s/ Howard M. Cooper, Esq.