UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LOUIS E. HANLEY, SR., )<br>)<br>            Defendant. )<br>) | Cr. No. 04-40008-FDS |

## DEFENDANT LOUIS HANLEY'S EMERGENCY MOTION TO EXTEND DATE OF SURRENDER TO ATTEND MOTHER'S FUNERAL

The Defendant, Louis E. Hanley, Sr., ("Mr. Hanley"), through his counsel, respectfully requests that the Court allow him an extension until Monday, May 1, 2006, from his current surrender date of April 27, 2006, to attend his mother's funeral and then report to USP Canaan in Pennsylvania.   In support hereof, Mr. Hanley states the following:

1. The Court is aware from Mr. Hanley's sentencing that his mother has been quite ill. Mr. Hanley's mother died on Sunday, April 23, 2006. Her funeral will be held in Worcester, Massachusetts on Thursday, April 27, 2006.

2. Mr. Hanley proposes to travel from Bridgeton Maine where he is currently residing to Worcester, Massachusetts on Thursday to attend the funeral. Mr. Hanley would then remain in Worcester until he leaves for USP Canaan in Pennsylvania.

3.  Because Mr. Hanley is indigent, he will need to travel from Worcester to USP Canaan by bus the day <u>before</u> his surrender date because it is over a 7 hours bus ride and he needs to report to prison by noon on his surrender date. Therefore, he will need to stay over in a hotel the evening before, and then report by noon on his surrender day.

4.  These circumstances will necessitate Mr. Hanley having at least 24 hours before his surrender date to travel. Therefore, the most reasonable surrender date, based upon the funeral on Thursday, and expected travel time, is a surrender date of Monday, May 1, 2006.

5.  Mr. Hanley will continue to be electronically monitored and will report to his pretrial services officer as ordered.

WHEREFORE, the Defendant, Louis Hanley, through his counsel, respectfully requests that this Court allow Mr. Hanley to attend the funeral of his mother and surrender to begin his prison sentence on Monday, May 1, 2006.

Respectfully submitted,

LOUIS E. HANLEY, SR.

By his attorney,

/s/ Howard M. Cooper, Esq.
Howard M. Cooper (BBO# 543842)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
hcooper@toddweld.com

Dated: April 25, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants On April 25, 2006.

/s/ Howard M. Cooper, Esq.